UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIAN DANIELS,

                                      Plaintiff,

- against -

NEW YORK CITY, POLICE OFFICER JOHN DOE 1 and POLICE OFFICER JOHN DOE 2, individually, and in their capacity as members of the New York City Police Department,

                                      Defendants.

**NOTICE OF MOTION**

No. 14-CV-5267 (ILG) (CLP)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendant City of New York's Motion to Dismiss the Complaint, dated December 2, 2014, defendant City of New York will move this Court before the Honorable I. Leo Glasser, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and at a time that the Court finds convenient, to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint states no basis for § 1983 liability against the City of New York.

        **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served and filed on or before January 30, 2015.

        **PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served and filed on or before February 20, 2015.

- 2 -

Dated:    New York, New York
            December 2, 2014

                                ZACHARY W. CARTER
                                Corporation Counsel of the
                                City of New York
                                *Attorney for Defendant City of New York*
                                New York, New York 10007
                                (212) 356-3535

                         By:     _____
                                DAVID COOPER
                                Assistant Corporation Counsel
                                Special Federal Litigation Division

To:     <u>VIA ECF</u>
        Duncan Archie Peterson
        Peterson Delle Cave LLP
        233 Broadway, Suite 1800
        New York, NY 10279