

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DAVID COOPER<br>*Assistant Corporation Counsel*<br>phone: (212) 356-3535<br>fax: (212) 356-3509<br>email: dcooper@law.nyc.gov |

December 9, 2014

VIA ECF
The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Daniels v. New York City, et al., 14-CV-5267 (ILG) (CLP)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the above-referenced matter on behalf of defendant City of New York ("City"). I write with the consent of plaintiff's counsel, Duncan Peterson, to respectfully request that the Initial Conference currently scheduled for Friday, December 12, 2014, at 10:00 a.m. be adjourned to a later date. This is defendant's first request for an adjournment of the Initial Conference.

        By way of background, plaintiff alleges, *inter alia*, that he was falsely arrested by police officers of the New York City Police Department on or about May 21, 2014. The Court scheduled an Initial Conference in this matter for December 12, 2014 at 10:00 a.m. I will be out of the office that morning because of a prior engagement. It is my understanding that counsel for all parties are generally available all day December 19, 2014, available on December 18, 2014 after 2:00 p.m., and additionally available on December 15, 2014 at 10:00 a.m., should any of those dates and times be convenient for the Court.

        For the foregoing reasons, it is respectfully requested that the Court reschedule the Initial Conference in this matter.

Thank you for your consideration herein.

Respectfully submitted,

DAVID COOPER
Assistant Corporation Counsel
Special Federal Litigation Division

cc: VIA ECF
Duncan Archie Peterson
Peterson Delle Cave LLP
233 Broadway, Suite 1800
New York, NY 10279

Conference adjourned to 12/18 at 230

So Ordered
/s/ CHERYL POLLAK
USMJ
12/10/14

2