UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BRIAN DANIELS,

                           Plaintiff,

- against -

NEW YORK CITY, POLICE OFFICER JOHN DOE 1 and POLICE OFFICER JOHN DOE 2, individually, and in their capacity as members of the New York City Police Department,

                           Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

No. 14-CV-5267 (ILG) (CLP)

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendant City of New York's Motion for Reconsideration of the Memorandum and Order Dated July 30, 2015, dated August 13, 2015, defendant City of New York will move this Court before the Honorable I. Leo Glasser, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 on a date and at a time that the Court finds convenient, for reconsideration of the Memorandum and Order dated July 30, 2015, and for such other and further relief as the Court deems just, proper, and equitable.

- 2 -

Dated: New York, New York
August 13, 2015

        ZACHARY W. CARTER
        Corporation Counsel of the
        City of New York
        *Attorney for Defendant City of New York*
        New York, New York 10007
        (212) 356-3535

By: /s/ David Cooper

        DAVID COOPER
        Assistant Corporation Counsel
        Special Federal Litigation Division

To: <u>VIA ECF</u>
Duncan Archie Peterson
Peterson Delle Cave LLP
233 Broadway, Suite 1800
New York, NY 10279