UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

BRIAN DANIELS,

                                           Plaintiff,

-against-

NEW YORK CITY, POLICE OFFICER ANTHONY
TANHUECO and LIEUTENANT VALERY DRANTYEV,
individually, and in their capacity as members of the New York
City Police Department,

                                           Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-5267 (ILG) (CLP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

PETERSON DELLE CAVE LLP
*Attorneys for Plaintiff*
233 Broadway, Suite 1800
New York, NY 10279

By: _____
Duncan A. Peterson
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Drantyev, and Tanhueco*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
David Cooper
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. I. LEO GLASSER, SR.
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015