**PetersonDelleCave LLP**

Attorneys at Law

Woolworth Building
233 Broadway, Suite 1800
New York, NY 10279
(212) 240-9075

**VIA ECF**

Judge I. Leo Glasser
United State District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Daniels v. NYC et al
        14-CV-05267 (ILG-CLP)

March 28, 2016

Your Honor;

I am writing to inform the Court that the parties have reached a settlement on attorneys' fees and costs.   Thank you for your assistance on this matter.

Yours sincerely,

/s/

Duncan Peterson

cc:     David Cooper